# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A12 | 9176014 | THOMPSON | 8235 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 02/05/2024 1840
Offense Charged: ☒ USC
18 USC 45 B 113

Place of Offense: VA 3601 S. 6th Ave Tucson AZ 85723

Offense Description: Factual Basis for Charge
THREATS TO HARM AND KILL
Simple Assault

**DEFENDANT INFORMATION**  Phone: (520) 288-5167

Last Name: BILLS
First Name: WILLY
M.I.: R

☒ Adult  ☐ Juvenile   Sex: ☒ Male  ☐ Female

**VEHICLE**

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: 405 W Congress St, Tucson AZ 85701
Date: 5-8-2024
Time: 0900

X Defendant Signature: SERVED

Original - CVB Copy
*9176014*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

MJ-24-6377-TUC-JR

☒ FILED   ☐ LODGED
Jul 23 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/05/2024
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/12/2024 12:5

Violation Number

**9176014**

CVB Location Code

**A12**

Statement Probable Cause
(For issuance of arrest warrant or summons)

I, Officer Donald Thomason state that on February 5, 2024, while exercising my duties as a law enforcement officer in the Southwestern District of Arizona: Southern Arizona Veterans Health Care System; to building #67; Ward 1 West.

Veteran Willy Bils did knowingly and willfully commit the offense of simple assault by threats. Bils did so by yelling at medical staff member that he will kill him if he sees him on the street. The actions by Bils placed the victim in fear for their safety and wished to pursue charges.

Given his actions there is probable cause to arrest Veteran Willy Bils for the following violation:

**18 USC 113(A)(4-5) Simple Assault/Threats only**

**Officer Donald Thomason #5055**

The foregoing statement is based upon

X__ my personal observation         _x__ my personal investigation

___ information supplied to me from my fellow officer's observations

___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____02/05/2024_____  _____
            Date (mm/dd/yyyy)              Officers Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on _____
            Date (mm/dd/yyyy)         U. S. Magistrate Judge

HAZMAT = Hazardous material involved incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved incident

**United States District Court**
**Violation Notice**

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A12 | 9176194 | OFF. T. Wilson | 5467 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 02/06/2024 0939
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(a).5(b)11

Place of Offense: 3601 S 6TH AVE, TUCSON, AZ 85723, BLDG 2, ROOM N163

Offense Description: Factual Basis for Charge
(a)5 DISTURBANCES
(b)11 DISORDERLY CONDUCT BY IMPEDING NORMAL OPERATIONS OF SERVICE

**DEFENDANT INFORMATION**
Phone: (520) 288-5167
Last Name: BILS
First Name: WILLY
M.I.: B

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female

**VEHICLE**

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 405 W CONGRESS ST, TUCSON, AZ 85701
Date: 5/1/2024  5/8/2024
Time: 0900

X Defendant Signature: Refuse to Sign

Original - CVB Copy
*9176194*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 02/06, 20 24 while exercising my duties as a law enforcement officer in the Southern District of Arizona

Please see PC Statement

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/06/2024

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/12/2024 12:4

CVB SCAN 03/12/2024 12:5

Violation Number: 9176194                                CVB Location Code: A12

## Statement Probable Cause

(For issuance of an arrest warrant or summons)

I, Officer T. Wilson, #5467, stated that on Tuesday, 2/6/2024, at approximately 0939 hours, I exercised my duties as a law enforcement officer in the Tucson SAVAHCS, District of Arizona. I was on foot patrol when I was dispatched to One West Psych Ward regarding an unwanted party refusing to leave. The location of building #67 ███████████████████ Mr. Bils stated that he should not be discharged and believed he was not given adequate care. Mr. Bils also stated that the staff was throwing a homeless man onto the street. Mr. Bils got up from his wheelchair and wheeled his personal belongings down the hallway to the Men's Bathroom in Building #2, N163. Mr. Bils went into the bathroom with his belongings to change from his hospital scrubs to his street clothes.

Mr. Bils continued to swear and yell that he was not given proper care. Mr. Bils in light of his remarks about killing himself, would be transported to the VA Emergency Department (ED) for evaluation by on-scene medical staff. I advised Mr. Bils to just listen to the medical staff on the scene as they were just trying to help him. Mr. Bils then stated that "If I had a Gun, I Would Kill Shoot You all". It took several minutes to get Mr. Bils out of the bathroom, which caused the Code Green to be extended, causing a disruption of service to the Bathroom usage and on-scene Emergency Medical Staff from their other daily functions. Mr. Bils was subsequently transported to the ED.

I believe I determined that Mr. Bils caused the disturbance. I believe I determined sufficient probable cause to issue a USDCVN Notice (Ticket 9176194) for the charge of Disorderly Conduct 38.CFR 1.218(a)5(b)11. Mr. Bils was given an answer date of 5/1/2024. Time:0900 hours. Address: 405 W. Congress St Tucson, AZ 85701. I handed Mr. Bils his Yellow copy of the summons explaining the charge and his answer date. No further action was taken at this time.

CFR 38: 1.218 (A) (5) (B) (11)

Disorderly Conduct which creates loud, boisterous noise, and tends to impede or prevent the regular operation of service:

Officer Wilson Badge #5467

The foregoing statement is based upon

X  my personal observation            X  my personal investigation

___ information supplied to me from my fellow officer's observations

___ other (explain above)

CVB SCAN 03/12/2024 12:5

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and a correct to the best of my knowledge.

Executed on _____2/6/2024_____

      Date (mm/dd/yyyy)      Officers Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on _____

      Date (mm/dd/yyyy) U.S. Magistrate Judge

## United States District Court
### Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AZa | 9175810 | P CAMACHO | 1835 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 02/04/2024 @1150
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 38 CFR 1.218 a (11)
Place of Offense: 3601 S. 6TH AVE TUCSON AZ 85713 BLDG C7 (1 WEST)

Offense Description: Factual Basis for Charge — HAZMAT ☐

a(11) DISORDERLY CONDUCT BY IMPEDING NORMAL OPERATIONS OF SERVICE

**DEFENDANT INFORMATION**
Last Name: BILS
First Name: Willy
M.I.: B.

☒ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female

**VEHICLE**
Tag No.: N/A

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280 Total Collateral Due

**YOUR COURT DATE**
Court Address: 405 W. CONGRESS ST TUCSON AZ 85701
Date: 05/01/2024
Time: 0900

X Defendant Signature: SERVED

Original - CVB Copy

*9175810*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 02/04, 20 24 while exercising my duties as a law enforcement officer in the SOUTHERN District of AZ

SEE PC STATEMENT ATTACHED

The foregoing statement is based upon:
- my personal observation
- my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/04/2024

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

Violation Number: 9175810                                    CVB Location Code: A12

Statement Probable Cause

(For issuance of arrest warrant or summons)

I, Pablo Camacho, state that on 02/04/2024 at approximately 1108 hours, while exercising my duties as a law enforcement officer in the Tucson VAMC, District of Arizona, I was on foot patrol when I dispatched to Building 67 Ward 1 West regarding a Veteran identified as Willy Bils, acting disorderly by yelling profanity towards staff and other Veterans. Upon arrival at 1116 hours, I made contact with Registered Nurse (RN) Belinda Gustafson, which she reported that Willy had made threats towards her by saying, "I'm going to have to get violent with you, that's what you need, and RN Martin stated that he was threaten by Willy also by saying, "Your lucky that we're in here cause if we weren't, I would knock you out and make your nose flat." Willy was cited with a Unites States District Court Violation Notice (USDCVN) for Disorderly Conduct.

CFR 38: 1.218 (B)(11)

Disorderly Conduct which tends to impede or prevent the normal operation of service:

$250.00

Officer P. Camacho     Badge No. 3669

The foregoing statement is based upon

X  my personal observation          __X_ my personal investigation

___ information supplied to me from my fellow officer's observations

___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

CVB SCAN 03/12/2024 12:5

Executed on _____02/04/2024_____ _____

    Date (mm/dd/yyyy)    Officers Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on _____

    Date (mm/dd/yyyy)    U. S. Magistrate Judge